IT IS HEREBY ORDERED THAT THE CONTENTS OF THIS ENVELOPE ARE SEALED AND SHALL REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

4/29/05

DATE

S05-064 (MER)

USAO SEALING NO.

1 05M70A