IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR A SEARCH WARRANT )

1:05-M-70A

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney, and Mary E. Rogers, Assistant United States Attorney, and moves that the accompanying documents (including the Search Warrant, Copmlaint, Affidavit, and this Motion to Seal), be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

SO ORDERED:

LINCOLN D. ALMOND
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATE: April 29, 2005

2/3