AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

RAMON DEJESUS-CASTILLO
address unknown, DOB 01/07/1975

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 1:05M-70A

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 3, 2005 in ______ county, in the ______ District of Rhode Island defendant(s) did, (Track Statutory Language of Offense)

Did possess and knowingly, intentionally, and wilfully combine, conspire, confederate and agree with other individuals to knowingly and intentionally distribute and to possess with intent to distribute a mixture and substance containing marijuana, a Schedule I Controlled Substance

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846.

I further state that I am a(n) Special Federal Officer, HIDTA (Official Title) and that this complaint is based on the following facts:

See attached affidavit of Kevin M. O'Brien, Special Federal Officer HIDTA Detective, Rhode Island State Police.,

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

KMOB

Signature of Complainant

Sworn to before me and subscribed in my presence,

4/29/05 at Providence, Rhode Island

Date City and State

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

4

**AFFIDAVIT** 1:05-M-70M

I, Kevin M. O'Brien, being duly sworn, depose and say:

1. I am a member of the Rhode Island State Police (RISP) and have been continuously employed in this capacity for the past 13 years. I hold the rank of Detective. I have been assigned to the Rhode Island State Police Narcotics unit for approximately 8 years and to a High Intensity Drug Trafficking Area (HIDTA) Task Force comprised of federal, state and local law enforcement officers for over 4 years. I am designated a Special Federal Officer ("SFO"). My duties include, but are not limited to, investigation of violations of the Uniform Controlled Substances Act. I have attended numerous schools and seminars concerning the investigation of drug offenses, including a 2-week school sponsored by the Drug Enforcement Administration (DEA) and a 1-week school sponsored by the RISP.

2. This affidavit is submitted in support of a complaint and arrest warrant for:

RAMON DEJESUS-CASTILLO, DOB: 1-7-75,

who there is probable cause to believe has knowingly, intentionally, and wilfully combined and conspired with other individuals to distribute and to possess with intent to distribute a mixture and substance containing marijuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846. This affidavit is based upon my own observations, and observations of other Federal agents and HIDTA Task Force members.

3. The information contained within this affidavit comes from my investigation of this matter, and information I have received from other members of the Rhode Island State Police, Federal Agents, and other law enforcement officers.

4. On February 3, 2005, your affiant sought and obtained a State court-authorized search warrant for the residence located at 191 Mulberry Street, 1st Floor, Pawtucket, Rhode Island. The search warrant was executed on that same date, and forty-seven pounds of marijuana, an AK-47 assault rifle and numerous articles of drug packaging paraphernalia was located within the residence. All articles were seized by the HIDTA Task Force and subsequently turned over to the Rhode Island State Police Criminal Identification Unit for further analysis. As a result, Modesto DEJESUS-CASTILLO, DOB 6-8-79, of 127 Chapin Street, Providence, Rhode Island, was arrested and charged in Providence Superior Court with Possession of Marijuana in Excess of Five Kilograms, Possession of Marijuana with Intent to Deliver and Possession of a Firearm while in Possession of Marijuana with Intent to Deliver.

5. Shortly after the arrest, your affiant spoke with three separate confidential sources who stated that several male family members were also involved in the distribution of illegal narcotics with DEJESUS-CASTILLO. These sources will be identified in the masculine gender as Source One, Source Two, and Source Three respectively for the remainder of this affidavit to protect their identities. Source One and Source Three specifically stated that one of the family members involved was a brother identified as RAMON DEJESUS-CASTILLO. Source One also stated that RAMON DEJESUS-CASTILLO was currently wanted on a warrant by the Bureau of Immigration and Customs Enforcement ("ICE"). Your affiant subsequently confirmed with ICE Special Agent Daniel Sendroff that a warrant was outstanding.

6. On March 18, 2005, your affiant was contacted by Detective Claire DeMarais of the Criminal Identification Unit. DeMarais informed your affiant that she was able to obtain three fingerprints on three separate one pound bags of marijuana that had been seized from 191

Mulberry Street, 1st Floor, Pawtucket, Rhode Island on February 3, 2005. These prints included a left thumb, left index and left middle fingerprint and were positively identified as belonging to the subject associated with RIBCI # 10104347. This Subject was identified as RAMON DEJESUS-CASTILLO DOB 1-7-75. Pictures were obtained from the Bristol Police Department and ICE and shown to Source One who positively identified the subject as RAMON, the brother of Modesto DEJESUS-CASTILLO. Your affiant also recognized the subject from a previous drug investigation where he had identified himself as RAMON Arroyo, DOB 8-31-76.

7. Based upon all of the above, I submit there is probable cause to believe that, on or about February 8, 2005, RAMON DEJESUS-CASTILLO, DOB 1-7-75 did knowingly, intentionally, and wilfully combine, conspire, confederate and agree with other individuals to knowingly and intentionally distribute and to possess with intent to distribute a mixture and substance containing marijuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

KEVIN M. O'BRIEN
Special Federal Officer
HIDTA
Detective, Rhode Island State Police

Signed and sworn to before me
this 29th day of April,
2005 at Providence,
Rhode Island.

LINCOLN D. ALMOND
United States Magistrate Judge