1019020

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED APR 29 2005 U.S. MARSHALS SERVICE DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

RAMON DEJESUS-CASTILLO, address unknown

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-70M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ramon DeJesus-Castillo (DOB 01/07/1975)
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Did possess and knowingly, intentionally, and wilfully combine, conspire, confederate and agree with other individuals to knowingly and intentionally distribute and to possess with intent to distribute a mixture and substance containing marijuana, a Schedule I Controlled Substance

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

4/29/05 Providence, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 55 St. Nicholas St, NY, NY by US marshals | | |
| DATE RECEIVED 04/29/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 09/08/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.